AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A residence in Elgin, South Carolina more particularly<br>described in the attached Affidavit | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The residence further described in Attachment A.

located in the _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:

The items further described in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c) | Use or carry of a firearm during and in relation to a drug trafficking crime; |
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute marijuana; and |
| 21 U.S.C. § 841 | Conspiracy to commit violations of 21 U.S.C. § 841(a)(1) |

The application is based on these facts:
Described in Affdiavit.

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

ATF TFO Catherine Robison
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __02/11/2020__

*Judge's signature*

City and state: Columbia, South Caroilna

Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*